**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

JOSUÉ PAGUADA,

                     **Plaintiff,**

            **-against-**

**VITA-MIX CORPORATION,**

                    **Defendant.**

----------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: __ 12/23/2020

**20-CV-6677 (ALC)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

        Pursuant to the Civil Case Management Plan and Scheduling Order issued on October 21, 2020, the parties were to file a joint status letter on December 18, 2020. ECF No. 11. As of Wednesday, December 23, 2020, no letter has been filed. Accordingly, the parties are ORDERED to file the joint status letter no later than January 8, 2021.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:      December 23, 2020
              New York, New York